Case 2:08-cv-00238-AKT   Document 54   Filed 10/21/09   Page 1 of 1 PageID #: 557
Case 2:08-cv-00238-JS-AKT   Document 48   Filed 10/05/09   Page 1 of 2
OCT-01-2009 THU 06:11 PM Young &          FAX NO. 6312249400           P. 02

UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
NEW YORK

GUADALUPE BOSCH,
            Plaintiff

(a) -against-

DOMENICO LAMATTINA, YOUNG &
YOUNG, LIP, THOMAS J. BAILEY,
ESQ.,
JOSEPH A. SCHUBIN &
ASSOCIATES, and FREEDOM
MORTGAGE CORPORATION,
            Defeadant(a)

LIMITED
DISCONTINUANCE OP
ACTION

X

It is hereby stipulated by and between the attorney for the plaintiff, GUADALUPE BOSCH and the attorneys for the defendant YOUNG & YOUNG, LLP, that the above entitled action is hereby discontinued as to the defendant YOUNG & YOUNG, LLP, with prejudice and without costs to either party to this stipulation as against the other.

It is further stipulated and agreed that an Order may be entered upon this stipulation without further notice to either party to this agreement.

Dated: Central Islip, New York

*Application Granted. The Clerk of the Court is directed to terminate Defendant Young & Young LLP as a party in this matter.*

Patrick F. Young (P Y-
Young & Young, LLP
863 Islip Avenue
Central Islip, New York
11722 (631)7500

Rando ph edalie, Beg('
Flower, Medalie & Markowitz
24 East Main Street
Eayshore,       NY

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 10-21-09
Central Islip, NY