UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
GUADALUPE BOSCH,

                                       Plaintiff,

- against -

DOMINICO LAMATTINA,
YOUNG & YOUNG, LLP,
THOMAS J. BAILEY, ESQ.,
JOSEPH A. SCHUBIN & ASSOCIATES
and FREEDOM MORTGAGE CORPORATION,

                                       Defendants.
----------------------------------------x

CV-08 0238
Hon. Joanna Seybert

STIPULATION OF
DISCONTINUANCE

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, plaintiff Guadalupe Bosch and defendant Freedom Mortgage Corporation the parties hereto or their attorneys, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-referenced action be, and the same hereby is discontinued with prejudice and without costs to either aforementioned party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 18, 2010
       New York, NY

_____
Law Offices of
Christopher J. Cassar, P.C.
Attorneys for Plaintiff
13 East Carver Street
Huntington, NY 11473

_____
GERALD BUNTING, ESQ.
Attorney for Freedom Mortgage Corp.
60 East 42nd Street, Suite 1628
New York, NY 10165

SO ORDERED:

/s/ JOANNA SEYBERT
_____
Joanna Seybert, USDJ
Dated: Feb. 9, 2011
Central Islip, NY