UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GUADALUPE BOSCH,

                Plaintiff,

-against-

DOMENICO LAMATTINA;
YOUNG & YOUNG, LLP;
THOMAS J. BAILEY, ESQ.;
JOSEPH A. SCHUBIN &
ASSOCIATES; and FREEDOM MORTGAGE
CORPORATION,

                Defendants.
---------------------------------------------------------------X

Case No.
CV-08 0238 (JS)(AKT)

**STIPULATION OF
VOLUNTARY DISMISSAL
AS TO DEFENDANT
THOMAS J. BAILEY**

    Plaintiff, Guadalupe Bosch, hereby voluntarily dismisses all claims against defendant, Thomas J. Bailey, Esq., asserted in the complaint herein pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice and without costs, disbursements, or attorney's fees to either party as against the other.

Dated: Garden City, New York
       February 26, 2013

CHRISTOPHER J. CASSAR, P.C.

_____
CHRISTOPOHER J. CASSAR
Attorney for Plaintiff
GUADALUPE BOSCH
13 East Carver Street
Huntington, New York 11743
(631) 271-6596

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.

_____
WILLIAM T. McCAFFERY
Attorney for Defendant
THOMAS J. BAILEY, ESQ
1001 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 294-8844