Case 2:08-cv-00238-AKT Document 126 Filed 05/20/13 Page 1 of 1 PageID #: 1458
05/16/2013 THU 15:51 Case 2:08-cv-00238-AKT Document 125 Filed 05/17/13 Page 1 of 1 PageID #: 001/001

May 16 2013 1:12PM 6313510196 p.1

Fax (२१) 351-0196

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GUADALUPE BOSCH,

        Plaintiff,  **STIPULATION**

-against-  Civil Action No.: 08-CV-0238
(Seybert, J.)
DOMENIC LAMATTINA,  (Tomlinson, M.)
THOMAS J. BAILEY, ESQ.,
JOSEPH A. SCHUBIN & ASSOCIATES,

        Defendants.
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above matter is administratively closed pending determination of the bankruptcy action filed by defendant, DOMENIC LAMATTINA, and that the statute of limitations is tolled during this time period.

Dated: May ___, 2013

CHRISTOPHER J. CASSAR, P.C.  EDWARD M. GOULD, ESQ.
By: Christopher J. Cassar, Esq. (9520)
*Attorneys for Plaintiff Guadalupe Bosch*  *Attorney for Defendant Domenic LaMattina*
13 East Carver Street  374 Islip Avenue, # 104
Huntington, New York 11743  Islip, New York 11751
(631) 271-6596  (631) 581-5497 (phone)
    (631) 277-7513 (fax)

SO ORDERED:
_____
HONORABLE A. KATHLEEN TOMLINSON
United States District Court Judge Magistrate

Dated: Central Islip, New York
     May 20, 2013

1